1  Omair M. Farooqui (SBN 207090)
   Aliah A. Abdo (SBN 260341)
2  Ellahie & Farooqui, LLP
   12 South First Street, Suite 600
3  San Jose, CA 95113
   Telephone: (408) 294-0404
4  Facsimile: (408) 886-9468

5
   Attorney for Plaintiff,
6  LEDwholesalers.com, Inc.

**Filed**

NOV 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Fee paid*
*SI* (9)

7
                    UNITED STATES DISTRICT COURT
8
         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
9

10

11  LEDwholesalers.com, INC.,

12             Plaintiff,

13     v.

14  PEI YUAN CHEN dba BAY NEON LED and

15  LED Pro,

16             Defendant.

17

**CV 12 - 6004 HRL**

Case No.

**COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT UNDER
15 U.S.C. § 1114/Lanham Act §32(a),
TRADEMARK INFRINGEMENT IN
VIOLATION OF 15 U.S.C. § 1125(a),
FALSE DESIGNATION OF ORIGIN AND
UNFAIR COMPETITION UNDER 15
U.S.C. § 1125(a), FALSE ADVERTISING
UNDER 15 U.S.C. § 1125(a), AND
RELATED STATE LAW CLAIMS**

**DEMAND FOR JURY TRIAL**

18

19

20       Plaintiff LEDwholesalers.com, Inc. ("LEDwholesalers" or "Plaintiff"), by its attorney

21  Omair M. Farooqui, Esq. of Ellahie & Farooqui, LLP, for its Complaint against Pei Yuan Chen,

22  also doing business as Bay Neon LED and LED Pro ("Defendant"), alleges as follows:

                            **THE PARTIES**

23       1.    Plaintiff LEDwholesalers is a California corporation having a principal place of

24  business at 26596 Corporate Avenue, Hayward, California 94545.

25       2.    Upon information and belief, Defendant, Pei Yuan Chen, also doing business as

26  Bay Neon LED and LED Pro, is an individual with a principal place of business at 2555 Lafayette

27  Street, #120, Santa Clara, CA 95050-2644.

28

**NATURE OF THE ACTION**

3.      This is an action in law and equity for Federal Trademark Infringement under 15 U.S.C. §1114/Lanham Act § 32(a), Trademark Infringement and False Designation of Origin and Unfair Competition under 15 U.S.C. § 1125(a); False Advertising and "Implied Passing Off" under 15 U.S.C. § 1125(a); False Advertising under Cal. Bus. & Prof. Code § 17500 *et seq.*, California Common Law Trademark Infringement and Unfair Competition; California Passing Off and Unfair Competition; and California Unfair Competition under Cal. Bus. & Prof. Code § 17200 *et seq.*

4.      Since at least as early as 2005, LEDwholesalers has been retailing state of the art LED (light emitting diode) products including LED Flashlights, Energy Saving LED household bulbs, batteries and accessories.  The vast majority of Plaintiff's products are custom manufactured for Plaintiff through the use of contract manufacturers and sold under Plaintiff's marks LEDWHOLESALERS or LEDWHOLESALERS.COM, as well as the design marks shown below (collectively, the "LEDWHOLESALERS Marks"):

 

5.      While Plaintiff has gained significant common law trademark and other rights in its products through its use, advertising and promotion, Plaintiff has also protected its valuable rights by filing for and obtaining federal trademark registrations.

6.      Plaintiff owns the following United States Trademark Registrations: U.S. Registration Nos. 4229973 (Registered October 23, 2012) and 4229974 (Registered October 23, 2012). These are attached hereto as Exhibits "A" and "B".

7.      Upon information and belief, Defendant is promoting, marketing, offering for sale and selling LED products on Amazon.com under Plaintiff's LEDWHOLESALERS Marks in an effort to mislead and confuse prospective purchasers and to falsely designate the source of origin of its goods.  Defendant's products do not emanate from, nor are authorized, affiliated or connected with LEDwholesalers.  LEDwholesalers has prior and senior rights in the

1  LEDWHOLESALERS Marks. Upon information and belief, Defendant's actions are part of a

2  deliberate attempt to divert sales away from LEDwholesalers, a market leader in LED products.

3  These actions will continue unless enjoined by this Court.

4      8.      Upon information and belief, Defendant is using pictures of LEDwholesalers'

5  products on Amazon.com, some even prominently featuring the LEDWHOLESALERS Marks on

6  product packaging in the picture, to advertise and sell Defendant's own different products. Upon

7  information and belief, the products actually sold by Defendant are not Plaintiff's products as

8  depicted in the pictures, nor branded with Plaintiff's marks, but are rather Defendant's own

9  different product. (Defendant's products sold (i) under the LEDWHOLESALERS Marks, and (ii)

10  using product pictures displaying LEDwholesalers' products are collectively referred to herein as

11  the "Infringing Products").

12      9.      LEDwholesalers alleges that Defendant's unauthorized use of the

13  LEDWHOLESALERS Marks and pictures of LEDwholesalers' products to sell Defendant's own

14  different product constitutes trademark infringement, false designation of origin, unfair

15  competition, false advertising and "implied passing off." LEDwholesalers further alleges that

16  Defendant's conduct is intentional and is causing irreparable harm to Plaintiff and its trademarks.

17      10.      Plaintiff has never authorized or consented to Defendant's use of Plaintiff's

18  trademarks, or any confusingly similar marks, nor has Plaintiff ever authorized Defendant to

19  manufacture, copy, sell, import, market, or distribute any of its products.

20                          **JURISDICTION AND VENUE**

21      11.      This Court has subject matter jurisdiction over this action pursuant to (i) 28 U.S.C.

22  § 1331, as this action arises out of the laws of the Unites States of America; (ii) 15 U.S.C. § 1121,

23  as this action involves claims under the Lanham Act of 1946, as amended, 15 U.S.C. § 1051 et

24  seq.; (iii) 28 U.S.C. § 1338(a) and (b), as this action arises in part under an Act of Congress

25  relating to trademarks. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over

26  related claims arising under California state law.

27      12.      The Court has personal jurisdiction over Defendant because Defendant is

28  physically present in California, maintains its principal office in California, and is domiciled in the

COMPLAINT

1   State of California. Defendant also has sufficient minimum contacts with California such that the

2   maintenance of the suit does not offend traditional notions of fair play and substantial justice.

3   Upon information and belief, Defendant transacts business in California, including advertising,

4   offering for sale and selling products in California.

5         13.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) as this is a

6   judicial district in which a substantial part of the events or omissions giving rise to Plaintiff's

7   claims of infringement allegedly occurred. Among other things, Defendant has made sales in this

8   judicial district, shipped items from within said district, has a store in said district, and the injury

9   to Plaintiff complained of herein occurred in this judicial district.

10   **FACTS RELEVANT TO ALL COUNTS**

11   **Plaintiff LEDwholesalers**

12         14.    Since at least as early as 2005, LEDwholesalers has been pervasively and

13   continuously using the LEDWHOLESALERS Marks in connection with various LED products

14   including LEDs; LED light fixtures; LED lights; LED light bulbs; LED lighting systems, namely,

15   LED modules, power supplies, and wiring; LED light machines; LED flashlights; LED

16   underwater lights; LED landscape lights; LED lights for strings, flowers, branches and other

17   ornamental decorations; LED luminaires; LED plant grow lights; LED light apparatus for use in

18   display, commercial, industrial, residential, and architectural accent lighting applications; flexible

19   LED strips; rigid LED strips; and transformers. LEDwholesalers has also been using the

20   LEDWHOLESALERS Marks in connection with on-line retail store services featuring LED

21   products, transformers, batteries and related accessories.

22         15.    LEDwholesalers' products are sold over the internet, including through online

23   marketplaces such as Amazon.com and eBay.com, as well as LEDwholesalers' website at

24   http://www.ledwholesalers.com.

25         16.    The distinctiveness of the LEDWHOLESALERS Marks is buttressed by their

26   widespread secondary meaning in the marketplace. LEDwholesalers' products are available

27   throughout the United States, Canada and at least 20 other countries. Over the years,

28   LEDwholesalers has expended substantial efforts and money in promoting the

COMPLAINT

1   LEDWHOLESALERS mark, including through LEDwholesalers' popular website at

2   http://www.ledwholesalers.com and on its popular storefront on Amazon.com and on eBay.com.

3          17.    LEDwholesalers' efforts have resulted in tremendous sales for the

4   LEDWHOLESALERS branded products, which generates over $7,000,000 in revenue per year.

5   In the last two years alone, LEDwholesalers has sold over 650,000 units of products under the

6   LEDWHOLESALERS Marks.

7          18.    As a result of LEDwholesalers' efforts, the LEDWHOLESALERS Marks have

8   attained widespread public recognition and renown, and become identified in the minds of

9   consumers exclusively with LEDwholesalers' high quality goods and services.  Undoubtedly, the

10  LEDWHOLESALERS Marks have become assets of substantial value and a symbol of

11  LEDwholesalers' goodwill.

12                          **Defendant's Unlawful Conduct**

13         19.    On information and belief, Defendant regularly transacts business within the State

14  of California and within the Northern District of California.  On information and belief, Defendant

15  markets, offers and sells the Infringing Products in the Northern District of California.

16         20.    Upon information and belief, due to LEDwholesalers' well-known and positive

17  reputation in the LED industry, Defendant is unlawfully and without Plaintiff's authorization

18  using the LEDWHOLESALERS Marks to advertise and sell Defendant's own different products

19  on Amazon.com.  Attached as Exhibit "C" are true and correct printouts of forty-nine (49) listings

20  on Amazon.com for Defendant's products, each prominently displaying Plaintiff's

21  LEDWHOLESALERS mark and wrongfully identifying LEDwholesalers as the source and origin

22  of Defendant's products.  Based on information and belief, the products sold by Defendant do not

23  emanate from Plaintiff.

24         21.    Upon information and belief, Defendant is also using pictures of LEDwholesalers'

25  products to sell Defendant's own different products.  As shown in Exhibit "C", a number of the

26  pictures used by Defendant prominently displays Plaintiff's LEDWHOLESALERS Marks on the

27  product packaging shown in the picture.  Based on information and belief, the products sold by

28

COMPLAINT

1    Defendant are not products that emanate from LEDwholesalers, nor are the products labeled with

2    the LEDWHOLESALERS Marks.

3        22.    Based on information and belief, Amazon.com is a worldwide online retailer that is

4    accessible throughout the United States.  Through Amazon.com's platform, merchants are able to

5    sell their products throughout the United States in interstate commerce.

6        23.    On or about September 15, 2012 and October 17, 2012, Plaintiff ordered on

7    Amazon.com seven (7) sample Infringing Products from Defendant that were (i) advertised with

8    the LEDWHOLESALERS mark, (2) identified LEDwholesalers as the provider, and (3)

9    advertised with a picture featuring a LEDwholesalers' product.  The products received by

10   LEDwholesalers were not the same products depicted in the pictures, nor were they

11   LEDwholesalers' products.

12       24.    On information and belief, Defendant was well aware of Plaintiff's prior and senior

13   rights in the LEDWHOLESALERS Marks prior to Defendant's adoption and use of the same.

14       25.    By adopting and using the LEDWHOLESALERS Marks, Defendant is willfully

15   attempting to trade upon and usurp the considerable goodwill associated with the

16   LEDWHOLESALERS Marks.

17       26.    Defendant's use of the identical LEDWHOLESALERS Marks in connection with

18   LED products is likely to cause confusion, to cause mistake, and to deceive as to the source of

19   Defendant's goods and services, as to LEDwholesalers' sponsorship or approval of Defendant's

20   products and services, and as to an affiliation, connection, or association between LEDwholesalers

21   and Defendant.

22       27.    Defendant's use of the identical LEDWHOLESALERS Marks in connection with

23   Defendant's products misrepresents the nature, characteristics, qualities, and origin of Defendant's

24   goods.

25       28.    Defendant's use of pictures depicting LEDwholesalers' products may confuse

26   consumers into believing that its products are the same as that sold by LEDwholesalers, or that

27   LEDwholesalers otherwise endorses, sponsors or approves of the products that Defendant sells.

28

COMPLAINT

Such use of a picture of a competitor's product to advertise and sell one's own different product constitutes a form of "implied passing off" and is false advertising.

## COUNT I

### (Federal Trademark Infringement under 15 U.S.C. § 1114/Lanham Act § 32(a))

29.     LEDwholesalers realleges and incorporates by reference the allegations set forth in paragraphs 1 through 28 above as though fully set forth in their entirety herein.

30.     LEDwholesalers uses its trademarks in commerce including U.S. Trademark Registration Nos. 4229973 (Registered October 23, 2012) and 4229974 (Registered October 23, 2012) (collectively "Trademarks").

31.     Plaintiff, as the owner of all right, title, and interest in and to these Trademarks, has standing to maintain an action for trademark infringement under U.S. Trademark Statute 15 U.S.C. § 1114.

32.     Defendant is aware that Plaintiff is the registered trademark holder of the Trademarks.

33.     Defendant did not and failed to obtain the consent or authorization of Plaintiff as the registered owner of the Trademarks to deal in and commercially distribute, market, and sell products under Plaintiff's Tradmarks into the stream of commerce.

34.     Defendant intentionally and knowingly used in commerce the reproductions, counterfeits, copies, and/or colorable imitations of Plaintiff's asserted Trademarks in connection with the sale, offering for sale, distribution, or advertising of Defendant's goods by offering, advertising, promoting, retailing, selling, and distributing counterfeit products bearing Plaintiff's Trademarks.

35.     Defendant's egregious and intentional use and sale of items under Plaintiff's Trademarks is likely to cause confusion, or to cause mistake, or to deceive, mislead, betray, and defraud customers who believe that Defendant's items are authentic products manufactured by Plaintiff.

36.     Defendant's acts have been committed with knowledge of Plaintiff's exclusive rights and goodwill in the Trademarks, as well as with bad faith and the intent to cause confusion

1   or to cause mistake and to deceive. LEDwholesalers has specifically demanded that Defendant

2   cease using the LEDWHOLESALERS Marks, which Defendant continues to use.

3         37.    Plaintiff has suffered and will continue to suffer substantial and irreparable injury,

4   loss and damage to its rights in and to the Trademarks and goodwill associated therewith, for

5   which it has no adequate remedy at law; thus Plaintiff requests injunctive relief.

6         38.    Defendant's continued and knowing use of Plaintiff's asserted marks without

7   Plaintiff's consent or authorization constitutes intentional infringement of Plaintiff's federally

8   registered Trademarks in violation of Section 32 of the *Lanham Act*, 15 U.S.C. § 1114.  Based on

9   such conduct, Plaintiff is entitled to injunctive relief as well as monetary damages, and other

10  remedies provided by section 1116, 1117, and 1118, including Defendant's profits, treble

11  damages, reasonable attorneys' fees and costs, statutory damages, and/or prejudgment interest.

12                                  **COUNT II**

13  **(Federal Trademark Infringement, False Designation of Origin and Unfair Competition**

14                           **under 15 U.S.C. § 1125(a))**

15        39.    LEDwholesalers realleges and incorporates by reference the allegations set forth in

16  paragraphs 1 through 38 above as though set forth in their entirety herein.

17        40.    LEDwholesalers is the owner of the common law rights in the

18  LEDWHOLESALERS Marks as identified above.

19        41.    Defendant's unauthorized use of the LEDWHOLESALERS Marks in connection

20  with Defendant's goods constitutes commercial use in interstate commerce.

21        42.    Defendant's activities alleged herein constitute use in commerce of certain words,

22  terms, names, symbols and false designations of origin in connection with the sale or advertising

23  of unauthorized goods, which create a likelihood of confusion, mistake or deception as to the

24  affiliation, connection or association of Defendant with LEDwholesalers, or as to the origin,

25  sponsorship or approval of Defendant's goods with those of LEDwholesalers.  Defendant's

26  conduct is likely to induce consumers to believe, and has induced consumers to believe, contrary

27  to fact, that the goods of Defendant are rendered, sponsored, sold or approved by, or connected

28  with LEDwholesalers.

1    43.    Defendant's activities are without LEDwholesalers' permission or authority.

2  LEDwholesalers has specifically demanded that Defendant cease using the LEDWHOLESALERS

3  Marks, which Defendant continues to use.

4    44.    On information and belief, Defendant's unlawful acts have been committed with

5  full knowledge of LEDwholesalers' rights in the LEDWHOLESALERS Marks.  Defendant's acts

6  have been and are being committed with the intent and purpose of appropriating and trading upon

7  the goodwill and reputation associated with the LEDWHOLESALERS Marks.  Such acts have

8  damaged, impaired and diluted that part of LEDwholesalers' goodwill symbolized by its

9  LEDWHOLESALERS Marks, to LEDwholesalers' immediate and irreparable harm.

10    45.    Defendant's unauthorized use of the LEDWHOLESALERS Marks constitutes

11  trademark infringement, false designation of origin and unfair competition in violation of 15

12  U.S.C. § 1125(a).

13    46.    Upon information and belief, Defendant has profited from its unlawful actions and

14  has been unjustly enriched to the detriment of LEDwholesalers.  Defendant's unlawful actions

15  have caused damage to LEDwholesalers in an amount to be determined at trial, and unless

16  restrained, will continue to seriously and irreparably impair further the value of the

17  LEDWHOLESALERS Marks, for which there is no adequate remedy at law.

18  **COUNT III**

19  **(Federal False Advertising and "Implied Passing Off" under 15 U.S.C. § 1125(a))**

20    47.    LEDwholesalers realleges and incorporates by reference the allegations set forth in

21  paragraphs 1 through 46 above as though set forth in their entirety herein.

22    48.    Defendant's activities complained of herein and specifically, without limitation, (i)

23  Defendant's use of the LEDWHOLESALERS Marks in commerce to advertise, market, and sell

24  its own different products, and (ii) Defendant's misleading use of pictures depicting

25  LEDwholesalers' products to sell Defendant's own different products, constitute false or

26  misleading representations of fact, in commercial advertising or promotion in commerce, which

27  misrepresents the nature, characteristics, qualities, or geographic origin of Defendant's goods

28  and/or commercial activities in violation of 15 U.S.C. § 1125(a).

9

1    49.    Specifically, Defendant's use in advertising of the LEDWHOLESALERS Marks

2  and pictures of LEDwholesalers' products to advertise and sell Defendant's own different products

3  falsely represents that Defendant's products are the same LEDWHOLESALERS branded products

4  as that sold by LEDwholesalers, or that the goods of Defendant are rendered, sponsored, endorsed,

5  sold, approved by, or otherwise connected with LEDwholesalers.

6    50.    On information and belief, Defendant's unlawful acts have been committed with

7  the intent and purpose of appropriating and trading the goodwill and reputation associated with the

8  LEDWHOLESALERS Marks and Plaintiff.

9    51.    On information and belief, Defendant's false representations have deceived or are

10  likely to deceive a substantial segment of Defendant's audience and consumers in general.

11    52.    Defendant's deception is material in that it is likely to influence consumers'

12  purchasing decision.

13    53.    Defendant's false and misleading statements and representations were and are made

14  in interstate commerce.

15    54.    As a result of Defendant's improper activities, LEDwholesalers has suffered and

16  will continue to suffer substantial injury, including irreparable injury and damages, including but

17  not limited to loss of sales and profits to Defendant which LEDwholesalers would have made but

18  for the false and deceptive advertising by Defendant and a lessening of the goodwill associated

19  with the LEDWHOLESALERS Marks, unless Defendant is preliminarily and/or permanently

20  enjoined by this Court.

21                              **COUNT IV**

22        **(False Advertising under Cal. Bus. & Prof. Code § 17500 et seq.)**

23    55.    LEDwholesalers realleges and incorporates by reference the allegations set forth in

24  paragraphs 1 through 54 above as though set forth in their entirety herein.

25    56.    By engaging in the acts and conduct complained of herein, on information and

26  belief, Defendant has acted with the intent to sell, offer and/or induce consumers in California to

27  purchase Defendant's products through the use of false and misleading statements and

28  representations concerning Defendant's products.

COMPLAINT

57. By the aforesaid acts, Defendant has engaged in false and misleading advertising in violation of Cal. Bus. & Prof. Code § 17500 *et seq.*, causing Plaintiff to suffer substantial injury, including irreparable injury and damages, including but not limited to loss of sales and profits to Defendant which LEDwholesalers would have made but for the false and deceptive advertising by Defendant and a lessening of the goodwill associated with the LEDWHOLESALERS Marks.

58. Upon information and belief, Defendant has profited from its unlawful actions and has been unjustly enriched to the detriment of LEDwholesalers. Defendant's unlawful actions have caused damage to LEDwholesalers in an amount to be determined at trial, and unless restrained, will continue to seriously and irreparably impair further the value of the LEDWHOLESALERS Marks, for which there is no adequate remedy at law.

## COUNT V

### (California Common Law Trademark Infringement and Unfair Competition)

59. LEDwholesalers realleges and incorporates by reference the allegations set forth in paragraphs 1 through 58 above as though set forth in their entirety herein.

60. LEDwholesalers is the owner of the LEDWHOLESALERS Marks. The LEDWHOLESALERS Marks are strong and highly distinctive, both in California and nationally. The LEDWHOLESALERS Marks have acquired secondary meaning in the public mind in that they are widely recognized by the general consuming public of California and of the United States as identifying the products and services provided by LEDwholesalers exclusively, as distinguished from competitors of LEDwholesalers. The LEDWHOLESALERS Marks have become known by the public of California and of the United States as indicative of the uniform high quality goods and services provided by LEDwholesalers, and the mark has developed and acquired outstanding celebrity symbolizing the goodwill of great value that LEDwholesalers has created.

61. Defendant has made unauthorized commercial use of the LEDWHOLESALERS Marks in California.

62. On information and belief, Defendant was well aware of Plaintiff's prior and senior rights in the LEDWHOLESALERS Marks prior to Defendant's adoption and use of the same.

COMPLAINT

63.     Defendant's acts complained of herein constitute trademark infringement under the common law of the State of California.

64.     Defendant's acts complained of herein also constitute unfair competition under the common law of the State of California.

65.     LEDwholesalers has been damaged and has suffered irreparable injury due to Defendant's acts and will continue to suffer irreparable injury unless Defendant's activities are enjoined.

66.     Defendant's unlawful activities have resulted in unjust enrichment to Defendant. LEDwholesalers has suffered and will continue to suffer damages by reason of Defendant's acts as alleged above and LEDwholesalers is entitled to recover from Defendant the damages sustained as a result of Defendant's acts.

## COUNT VI

### (California Passing Off and Unfair Competition)

67.     LEDwholesalers realleges and incorporates by reference the allegations set forth in paragraphs 1 through 66 above as though set forth in their entirety herein.

68.     Defendant has, in connection with the marketing of its goods, made representations related to its own goods and/or commercial activities that are likely to deceive or mislead prospective purchasers, to the commercial detriment of Plaintiff, by causing the mistaken belief that Defendant's goods are the same LEDWHOLESALERS branded products as that sold by LEDwholesalers, or that the goods of Defendant are rendered, sponsored, endorsed, sold, approved by, or otherwise connected with LEDwholesalers.

69.     The representations by Defendant were unprivileged.

70.     Defendant's representations are likely to affect the conduct of prospective purchasers.

71.     There is a reasonable basis for believing that Defendant's representations have caused or are likely to cause a diversion of trade from LEDwholesalers and/or harm to LEDwholesalers' reputation and good will as well as that of the LEDWHOLESALERS Marks.

COMPLAINT

72.     Defendant's acts complained of herein constitute passing off under the common law of the State of California.

73.     Defendant's acts complained of herein also constitute unfair competition under the common law of the State of California.

74.     Defendant's unlawful activities have resulted in unjust enrichment to Defendant. LEDwholesalers has suffered and will continue to suffer damages by reason of Defendant's acts as alleged above and LEDwholesalers is entitled to recover from Defendant the damages sustained as a result of Defendant's acts.

## COUNT VII

### (California Unfair Competition under Cal. Bus. & Prof. Code § 17200 et seq.)

75.     LEDwholesalers realleges and incorporates by reference the allegations set forth in paragraphs 1 through 74 above as though set forth in their entirety herein.

76.     By engaging in the acts and conduct complained of herein, Defendant has engaged in unfair competition in violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, causing Plaintiff to suffer substantial injury, including irreparable injury and damages, including but not limited to loss of sales and profits to Defendant which LEDwholesalers would have made but for the false and deceptive advertising by Defendant and a lessening of the goodwill associated with the LEDWHOLESALERS Marks.

77.     The harm caused by Defendant's unfair act or practice complained of herein outweighs any benefits, if any, that Defendant's acts or conduct may have.

78.     On information and belief, Defendant's false representations have deceived or are likely to deceive a substantial segment of Defendant's audience and consumers in general.

79.     Upon information and belief, Defendant has profited from its unlawful actions and has been unjustly enriched to the detriment of LEDwholesalers. Defendant's unlawful actions have caused damage to LEDwholesalers in an amount to be determined at trial, and unless restrained, will continue to seriously and irreparably impair further the value of the LEDWHOLESALERS Marks, for which there is no adequate remedy at law.

COMPLAINT

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff LEDwholesalers seeks relief as follows:

1.     Judgment in favor of Plaintiff and against Defendant on all of Plaintiff's claims;

2.     Enjoining and restraining Defendant, its officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendant permanently from:

        a.     Using the LEDWHOLESALERS Marks, and any confusingly similar designations thereto, alone or in combination with other words or designs, as (i) a trade name, trademark, service mark, or (ii) in domain names, metadata, metatags, URLs, email addresses, or usernames on social networking sites or other social media; in connection with LED products and services.

        b.     Using pictures of LEDwholesalers' products to sell Defendant's own different products.

        c.     Doing any other act likely to induce the mistaken belief that Defendant or its products or commercial activities are in any way affiliated, connected, or associated with Plaintiff or its products or services;

        d.     Unfairly competing with LEDwholesalers in any manner whatsoever;

        e.     Causing likelihood of confusion and injury to Plaintiff's business reputation; and

        f.     Committing any other act or making any other statement which infringes or dilutes the LEDWHOLESALERS Marks or constitutes an act of infringement, dilution, unfair competition, or untrue and misleading advertising, under federal law or the laws of the state of California;

3.     Requiring Defendant to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, advertisements, catalogs, promotional materials, and all other materials in the possession or control of Defendant that bear the LEDWHOLESALERS Marks, or are intended to be sold by Defendant in connection with the LEDWHOLESALERS Marks, or that otherwise infringe or dilute the LEDWHOLESALERS Marks pursuant to 15 U.S.C. § 1118;

1        4.     Requiring Defendant to account for and pay over to LEDwholesalers Defendant's

2   profits and all damages sustained by LEDwholesalers, and that such amounts be held in

3   constructive trust for LEDwholesalers;

4        5.     Requiring that Defendant pay as restitution to LEDwholesalers any money obtained

5   by Defendant in connection with its unfair business practices and thus preclude Defendant from

6   retaining ill-gotten gains or profits pursuant to Cal. Bus. & Prof. Code § 17200 *et seq.*

7        6.     Ordering that this case is exceptional under 15 U.S.C. § 1117;

8        7.     Trebling the amount of damages awarded Plaintiff pursuant to 15 U.S.C. §§ 1117;

9        8.     Awarding LEDwholesalers its attorneys' fees, costs and expenses pursuant to 15

10  U.S.C. §§ 1117 and Cal. Code of Civ. Proc. § 1021.5; and

11       9.     Awarding LEDwholesalers such other relief as the Court may deem just and

12  proper.

13

14  Dated: November 26, 2012          ELLAHIE & FAROOQUI, LLP

15

16                       By: _____

17                           Omair M. Farooqui, Esq.

18                           Aliah A. Abdo, Esq.
                             Attorneys for Plaintiff,

19                           LEDwholesalers.com, Inc.

20

21

22

23

24

25

26

27

28

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Plaintiff LEDwholesalers.com, Inc. hereby demands a trial by jury as to all issues

3    triable by jury.

4

5    Dated:  November 26, 2012                    ELLAHIE & FAROOQUI, LLP

6

7

8                                                By: _____

9                                                     Omair M. Farooqui, Esq.
                                                      Aliah A. Abdo, Esq.
10                                                    Attorneys for Plaintiff,
                                                      LEDwholesalers.com, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                16                                    COMPLAINT

# Exhibit A

# United States of America

## United States Patent and Trademark Office

# LEDWHOLESALERS

**Reg. No. 4,229,973**
**Registered Oct. 23, 2012**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

LEDWHOLESALERS.COM, INC. (CALIFORNIA CORPORATION)
1250 ROLLINS RD, STE A
BURLINGAME, CA 94010

FOR: LEDS (LIGHT EMITTING DIODES); LED LIGHT FIXTURES; LED LIGHTS; LED LIGHT BULBS; LED LIGHTING SYSTEMS, NAMELY, LED MODULES, POWER SUPPLIES, AND WIRING; LED LIGHT MACHINES; LED FLASHLIGHTS; LED UNDERWATER LIGHTS; LED LANDSCAPE LIGHTS; LED LIGHTS FOR STRINGS, FLOWERS, BRANCHES AND OTHER ORNAMENTAL DECORATIONS; LED LUMINAIRES; LED PLANT GROW LIGHTS; LED LIGHT APPARATUS FOR USE IN DISPLAY, COMMERCIAL, INDUSTRIAL, RESIDENTIAL, AND ARCHITECTURAL ACCENT LIGHTING APPLICATIONS; FLEXIBLE LED STRIPS; RIGID LED STRIPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-25-2005; IN COMMERCE 1-10-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-573,572, FILED 3-19-2012.

ALEXANDER L. POWERS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# Exhibit B

# United States of America
## United States Patent and Trademark Office

# LEDWHOLESALERS

**Reg. No. 4,229,974**
**Registered Oct. 23, 2012**

LEDWHOLESALERS.COM, INC. (CALIFORNIA CORPORATION)
1250 ROLLINS RD, STE A
BURLINGAME, CA 94010

**Int. Cl.: 9**

FOR: LEDS (LIGHT EMITTING DIODES); TRANSFORMERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 9-25-2005; IN COMMERCE 1-10-2008.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-573,580, FILED 3-19-2012.

ALEXANDER L. POWERS, EXAMINING ATTORNEY



Davul J. Kappos

Director of the United States Patent and Trademark Office

# Exhibit C

Amazon.com:LEDPro Storefront                    http://www.amazon.com/gp/shops/storefront/index.html?ie=U...



Winsum's Amazon.com | Today's Deals | Gift Cards | Help

Shop by
**Department**          Search      All              Go

# Search   [ LEDPro ]

**About LEDPro**

LEDPro is the
Manufacture
Direct
Company
Selling Base
On USA
Lighting
Market
Warehouse
located @
California. We
Pick Best
Bright LED
Chip and Sell
Most
Reasonable
Price From
City Project To
Personal read
more

# LED Pro

**LEDPro**
http://www.amazon.com/shops/LEDPro

Items 49 - 52 of 52

**Search results for "ledwholesalers"**
**Results found within LEDPro: 52**







LEDwholesalers LED
Strip Light Connector-2
Conductor 8 mm
Ribbon to Ribbon, 2091

Buy New: $0.80

LEDwholesalers™
LED RGB Strip Light
Connector 4 Conductor
10 mm Wide Strip to
Strip Jumper 2353

Buy New: $0.01

LED Strip Light
Connector-2 Conductor
8 mm Strip to Strip
Jumpe,2096

Buy New: $1.00

**Feedback
Rating**

★★★★★
**4.9** stars over
the past 12
months (**288**
ratings,
**100%**
positive)

See all
feedback



1 of 2                                                          10/30/12 7:46 PM

**More Information**

About LEDPro
Returns and Refunds Policy
Shipping Rates

LEDwholesalers 8mm Silicone Mounting Brackets for Flexible LED Strip Lighting,2090

Buy New: $0.01

Page:   Previous     1    2    3

**Get to Know Us**

Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**

Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**

Your Account
Shipping Rates & Po
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon**.com

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| AbeBooks Rare Books & Textbooks | AmazonLocal Great Local Deals In Your City | AmazonSupply Business, Industrial & Scientific Supplies | AmazonWebServices Scalable Cloud Services | AmazonWireless Cellphones & Wireless Plans | Askville Community Answers | Audibl Downl Audio |
| Book Depository Books With Free Delivery Worldwide | CreateSpace Indie Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | IMDb Movies, TV & Celebrities | Jungle Shop ( in India |
| Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | Wag.com Everything For Your Pet | Warehouse Deals Open-Box Discounts | Woot Never Gonna Give You Up | Yoyo.com A Happy Place To Shop For Toys | Zappc Shoes Clothir |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com:LEDPro Storefront          http://www.amazon.com/gp/shops/storefront/index.html?ie=U...

Winsum's Amazon.com | Today's Deals | Gift Cards | Help

Shop by
**Department**          · **Search**   All

**Go**

**Search**  [ LEDPro ⌄ ]

---

### About LEDPro

LEDPro is the
Manufacture
Direct
Company
Selling Base
On USA
Lighting
Market
Warehouse
located @
California. We
Pick Best
Bright LED
Chip and Sell
Most
Reasonable
Price From
City Project To
Personal read
more

**Feedback
Rating**

★★★★☆
**4.9** stars over
the past 12
months (**288**
ratings,
**100%**
positive)

See all
feedback

## LED Pro

**LEDPro**
http://www.amazon.com/shops/LEDPro

---

**Items 1 - 24 of 52**

**Search results for "ledwholesalers"**
**Results found within LEDPro: 52**







LEDwholesalers LED
Mini Meteor Rain Light
Set, Double Sided, 1/2
Diameter X 8 inches
Long (12 Tubes Plus
Adapter), white,
2061WH

Buy New: $59.99

Music Controller + IR
Remote with 32.8 Ft
150 SMD RGB Color
Changing Kit with LED
Flexible Strip and 12
Volt Power Supply,by
LEDwholesalers
2034kit3

Buy New: $129.99

LEDwholesalers LED
Mini Meteor Rain Light
Set, Double Sided, 1/2
Diameter X 8 inches
Long (12 Tubes Plus
Adapter), white,
2061WH

Buy New: $59.99

---

10/30/12 7:44 PM

Amazon.com:LEDPro Storefront                                    http://www.amazon.com/gp/shops/storefront/index.html?ie=U...

**More Information**

About LEDPro
Returns and Refunds Policy
Shipping Rates







Set of 12 Chasing LED Mini Snowfall Light Tubes Double Sided, 13.8 Inches Long White with Waterproof Transformer, by LEDwholesalers 2066wh

Buy New: $73.99

32.8 Ft 150 SMD RGB Color Changing Kit with LED Flexible Strip and 12 Volt Power Supply and Controller,by LEDwholesalers 2034kit2

Buy New: $99.99

LEDwholesalers 18 Gauge 4 Conductor Wire Sold By the Foot for RGB Color Changing LED Strips, 2300

Buy New: $0.01







5 Meter Reel Warm White 2700k Flexible LED Ribbon 300 Leds 16 Ft by LEDwholesalers, 2026ww-27k

Buy New: $11.99

5 Meter Reel Warm White 3100k Flexible LED Ribbon 300 Leds 16 Ft with Inline Dimmer and Plu-In Transformer By Ledwholesalers, 2026WW-Kit

Buy New: $59.99

Ledwholesalers 30 Watt LED Power Suppply Driver Transformer 120 to 12 Volt DC Output, 3207

Buy New: $12.99

Amazon.com:LEDPro Storefront                    http://www.amazon.com/gp/shops/storefront/index.html?ie=U...

  

RGB Music Controller 2 Ports Output for Color Changing Strips with Remote Control By 120 Watt Output Ledwholesalers, 3320rgb

Buy New: $29.99

RGB Music Controller 2 Ports Output for Color Changing Strips with Remote Control By 120 Watt Output Ledwholesalers, 3320rgb

Buy New: $29.99

Ledwholesalers 5 Meter Reel Warm White 2700k Flexible LED Ribbon 300 Leds 16 Ft with Free Dimmer and Free Transformer, 2026ww2700k-kit

Buy New: $69.99

  

LED Strip Light Connector-2 Conductor 8 mm Strip to Strip Jumpe,2096

Buy New: $1.00

LEDwholesalers 5M 16 ft Reel Flexible LED Ribbon 300 LEDs Red Strip With 3M Tape, 2026RD

Buy New: $11.50

LEDwholesalers RGB Color Changing Magic LED Strip Waterproof LED with Controller and Power Supply, 2054RGB

Buy New: $119.00

10/30/12 7:44 PM

Amazon.com:LEDPro Storefront                    http://www.amazon.com/gp/shops/storefront/index.html?ie=U...







Ledwholesalers 4 Pin Splitter for One to Two LED RGB Color Changing Strips, 2355

Buy New: $1.99

5 Meter Reel Warm White 2700k Flexible LED Ribbon 300 Leds 16 Ft by LEDwholesalers, 2026ww-27k

Buy New: $11.99

LEDwholesalers RGB Color Changing Magic LED Strip Waterproof LED with Controller and Power Supply, 2054RGB

Buy New: $119.00







24 Button Wireless RGB LED Light Controller Ir Remote 12v Dimmer by LEDwholesalers, 3311

Buy New: $0.50

LEDwholesalers 5 Meter Reel Warm White 3100K Flexible LED Ribbon 300 LEDs 16ft 2026ww-31k

Buy New: $12.99

Flexible Color Changing RGB Ribbon Flexible LED Light Strip 12v (5m 16.4ft/reel) By Ledwholesalers, 2034rgb

Buy New: $18.99







4 of 6                                          10/30/12 7:44 PM

LEDwholesalers
Flexible Lighting Strip
300 SMD LED Ribbon
5 Meter or 16.4 Ft 12
volt BLUE, 2026BU

Buy New: $12.30

LEDwholesalers Data
Repeater RGB
Amplifier For RGB
LED Strips, 12 Volt,
3304

Buy New: $17.99

Ledwholesalers LED
RGB Strip Light
Connector 4 Conductor
10 to 12 Mm Strip to
Strip 11" Long
Jumper,2353

Buy New: $2.00

Page:   **1**  2   3   Next

Amazon.com:LEDPro Storefront                                    http://www.amazon.com/gp/shops/storefront/index.html?ie=U...

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Po

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.com

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audibl<br>Downl<br>Audio |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Jungle<br>Shop (<br>in India |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappc<br>Shoes<br>Clothir |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2012, Amazon.com, Inc. or its affiliates

10/30/12 7:44 PM

Amazon.com:LEDPro Storefront                               http://www.amazon.com/gp/shops/storefront/index.html?ie=U...

Winsum's Amazon.com  |  Today's Deals  |  Gift Cards  |  Help

Shop by
**Department**          Search    All    |                                    **Go**

# Search  [ LEDPro ]

| | |

**About LEDPro**

LEDPro is the
Manufacture
Direct
Company
Selling Base
On USA
Lighting
Market
Warehouse
located @
California. We
Pick Best
Bright LED
Chip and Sell
Most
Reasonable
Price From
City Project To
Personal read
more

**LED Pro**      **LEDPro**
http://www.amazon.com/shops/LEDPro

**Items 25 - 48 of 52**

**Search results for "ledwholesalers"**
**Results found within LEDPro: 52**



Inline PWM 12 Volt 2
Amp Dimmer for LED
Strips with DC Jack by
Ledwholesalers , 3318

Buy New: $6.60



LEDwholesalers
Flexible Lighting Strip
300 SMD LED Ribbon
5 Meter or 16.4 Ft 12
volt BLUE, 2026BU

Buy New: $12.30



Flexible Light Strip
300 SMD White LED
Ribbon 5 Meter or 16
Feet By
Ledwholesalers,
2026wh

Buy New: $11.97

**Feedback
Rating**

★★★★★
**4.9** stars over
the past 12
months (**288**
ratings,
**100%**
positive)

See all
feedback

1 of 6                                                                    10/30/12 7:45 PM

Amazon.com:LEDPro Storefront                    http://www.amazon.com/gp/shops/storefront/index.html?ie=U...

**More Information**

About LEDPro
Returns and
Refunds Policy
Shipping
Rates







LEDwholesalers Ac
Power Adapter with 3
Prong Plug 12 Volt 4
Amp with 5 Mm Dc
Output Jack, 3215

Buy New: $9.98

LEDwholesalers 16.4
Feet 300 SMD LED
Flexible Strip with
Waterproof Sleeve,12
Volt Clear White LED
Ribbon 5 Meter Reel,
2047WH

Buy New: $12.99

Flexible Color
Changing RGB Ribbon
Flexible LED Light
Strip 12v (5m
16.4ft/reel) By
Ledwholesalers,
2034rgb

Buy New: $18.99







LEDwholesalers 12V
SMD5050 LED Tri-chip
Horizontal Ribbon
Flexible LED Strip
Light 5M/16Ft
Waterproof - RGB Color
Changing with Remote
Control,2038RGB+3311

Buy New: $25.90

LEDwholesalers™ IR
Music Controller 60
Watt 3 Ports With
Remote for Color
Changing
LEDs,3322RGB

Buy New: $39.99

Ledwholesalers IP66
Waterproof 16.4 Ft
RGB Color Changing
Kit with LED Flexible
Strip, 44 Button
Controller + Remote
and 12 Volt Power
Supply, 2038kit

Buy New: $35.99

Amazon.com:LEDPro Storefront                                        http://www.amazon.com/gp/shops/storefront/index.html?ie=U...



Ledwholesalers 16.4 Ft
RGB Color Changing
Kit with LED Flexible
Strip, 44 Button Do It
Yourself Controller +
Remote and Power
Supply, 2034rgb Kit

Buy New: $29.99



Ledwholesalers IP66
Waterproof 16.4 Ft
RGB Color Changing
Kit with LED Flexible
Strip, 44 Button
Controller + Remote
and 12 Volt Power
Supply, 2038kit

Buy New: $35.99



24 Button Wireless
RGB LED Light
Controller Ir Remote
12v Dimmer by
LEDwholesalers, 3311

Buy New: $0.50



LEDwholesalers Ac
Power Adapter with 3
Prong Plug 12 Volt 4
Amp with 5 Mm Dc
Output Jack, 3215

Buy New: $9.98



Ledwholesalers Easy to
Use Single Color LED
Strip Quick Connector
to Wire, 2306

Buy New: $1.99



LEDwholesalers IR
Remote Controller 44
Keys for RGB LED
Light Strip

Buy New: $2.85

  

LED Strip Light Connector 4 Conductor 12 mm Ribbon to Cable, 2094

Buy New: $0.01

LEDwholesalers PWM Dimming Controller For LED Lights or Ribbon, 12 Volt 8 Amp, 3301

Buy New: $4.30

LEDwholesalers™ LED RGB Strip Light Connector 4 Conductor 10 mm Wide Strip to Strip Jumper 2353

Buy New: $0.01

  

LEDwholesalers Strip to Strip Single Color 2 Conductor End to End Quick Connector, 2302

Buy New: $0.90

Ledwholesalers LED RGB Strip Light Connector 4 Conductor 10 to 12 Mm Strip to Strip 11" Long Jumper,2353

Buy New: $2.00

Ledwholesalers Single Color LED Strip to Strip Quick Connector with Wire 11 Inches, 2305

Buy New: $0.99

  

Ledwholesalers Easy to Use Single Color LED Strip Quick Connector to Wire, 2306

Buy New: $1.99

Ledwholesalers 16.4 Ft RGB Color Changing Kit with LED Flexible Strip, 44 Button Do It Yourself Controller + Remote and Power Supply, 2034rgb Kit

Buy New: $29.99

LEDwholesalers LED Strip Light Connector 2 Conductor 8 mm Ribbon to Cable, 2092

Buy New: $0.30

Page:   Previous        1  |2|  3    Next

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Po

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

## amazon.com

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audibl<br>Downl<br>Audio |
| --- | --- | --- | --- | --- | --- | --- |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Jungle<br>Shop C<br>in Indi: |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappc<br>Shoes<br>Clothir |